UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 4:24 CV 1718 CDP |
| PATHEON BIOLOGICS, LLC, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on a joint scheduling plan filed by the parties on August 15, 2025. ECF 30. The Court entered a case management order on February 7, 2025. ECF 19. Those deadlines govern this case unless and until the parties file, and the Court grants, a motion to amend the case management order. There is currently no such motion pending. To the extent the parties are seeking to extend the case management deadlines, they must ask the Court to do so by joint motion and with good cause shown, not by filing an amended joint proposed scheduling plan.

Accordingly,

**IT IS HEREBY ORDERED** that the joint proposed scheduling plan [30], to the extent it is construed as a motion to amend, is denied without prejudice to the parties' right to file an appropriately supported joint motion to amend the case

management order. Any such motion shall set out the proposed amended dates requested by the parties.

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2025.